

# Service of Process Transmittal
07/25/2017
CT Log Number 531640748

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in Oregon**

**FOR:** Sentinel Insurance Company, Ltd.  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lioness Holdings, LLC, Pltf. vs. Sentinel Insurance Company, Ltd., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Request(s) |
| **COURT/AGENCY:** | Multnomah County Circuit Court, OR<br>Case # 17CV31402 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/25/2017 at 14:45 |
| **JURISDICTION SERVED:** | Oregon |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of service |
| **ATTORNEY(S) / SENDER(S):** | William D. Brandt<br>WILLIAM D. BRANDT, PC<br>495 State Street<br>Suite 500B<br>Salem, OR 97301<br>503-485-4168 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/26/2017, Expected Purge Date: 07/31/2017<br><br>Image SOP<br><br>Email Notification,  Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM<br><br>Email Notification,  Massimo Fraschilla  Massimo.Fraschilla@thehartford.com<br><br>Email Notification,  Fiona Rosenberg  Fiona.Rosenberg@thehartford.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 780 Commerical Street SE<br>Suite 100<br>Salem, OR 97301 |
| **TELEPHONE:** | 602-277-4792 |

Page 1 of  1 / AJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| LIONESS HOLDINGS, LLC, | |
|---|---|
| Plaintiff, | No. 17CV31402 |
| vs. | SUMMONS |
| SENTINEL INSURANCE COMPANY, LTD. | |
| Defendant. | |

TO:    Sentinel Insurance Company Ltd.
        Registered Agent:    CT Corporation System
        for Service:            388 State Street, #420
                                    Salem, OR 97301

        And by Mail to:     CT Corporation System
                                  Registered Agent for Sentinel Insurance Company Ltd
                                  One Hartford Plaza T-3
                                  Hartford, CT 06155

IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and answer the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and if you fail to so answer, for want thereof, the plaintiff(s) will apply to the court for relief demanded therein.

NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "response" or "answer." The "response" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on attorney for plaintiff(s) or, if the plaintiff does not have an attorney, proof of service on the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503)684-3763 or toll-free in Oregon at (800)452-7636.

William D. Brandt, OSB #72036
Attorney for Plaintiff(s)

Page 1 - SUMMONS

WILLIAM D. BRANDT, PC
ATTORNEY AT LAW
495 State Street, Suite 500B - Salem, OR 97301
(503)485-4168

STATE OF OREGON, County of Marion ) ss.

    I, WILLIAM D. BRANDT, attorney for plaintiff(s), do hereby certify that I prepared the foregoing copy of summons and have carefully compared the same with the original thereof; and that it is a true and correct copy of said original.
    Salem, Oregon, dated the _____ day of July, 2017.

_____
Attorney for Plaintiff(s)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the petition mentioned therein, upon the individual which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____

Page 2 - SUMMONS

WILLIAM D. BRANDT, PC
ATTORNEY AT LAW
495 State Street, Suite 500B - Salem, OR 97301
(503)485-4168