7/24/2017 11:55:14 AM
17CV31402

1 | Mark E. Griffin, OSB #761528
Griffin & McCandlish
2 | 1631 NE Broadway, #721
Portland, OR 97232
3 |         Telephone:    503-680-3042
            E-mail:       mark@markgriffin.com
4 |
William D. Brandt, OSB #72036
5 | Attorney at Law
880 Liberty Street NE, Suite 500
6 | Salem, OR 97301
            Telephone:    503-485-4168
7 |         Fax:          503-364-6735
            E-mail        Bill@BrandtLawOffices.com
8 |
        Attorneys for Plaintiff
9 |

10 |            IN THE CIRCUIT COURT OF THE STATE OF OREGON

11 |                         MULTNOMAH COUNTY

| LIONESS HOLDINGS, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD, a Connecticut Insurance Company,<br><br>Defendant. | Case No. _____<br><br>COMPLAINT (Breach of Insurance Contract)<br><br>Prayer: $1,767,000<br>Filing fee statute: ORS 21.160(1)(d) $793<br>Mandatory Arbitration: No<br><br>DEMAND FOR JURY TRIAL |
|---|---|

                    DEMAND FOR JURY TRIAL

    Plaintiff demands a trial by jury on all issues so triable.

////

////

Page 1 – COMPLAINT

## NATURE OF ACTION

1.

This is an action by plaintiff Lioness Holdings, LLC ("Lioness") against its insurer, Sentinel Insurance Company, Ltd. ("defendant" or "Sentinel"), to recover on losses incurred by Lioness. The insurance policy issued to Lioness provides coverage for those losses but Sentinel has failed and refused to provide indemnity owed under the policy.

## PARTIES

2.

LIONESS HOLDINGS, LLC, ("Lioness") is Wyoming limited liability company with its principal place of business in Portland, Oregon. Lioness owns and operates a number of tanning salons in the Portland metropolitan area.

3.

SENTINEL INSURANCE COMPANY, LLC, is a Connecticut insurance company with its principal place of business in Hartford, Connecticut. Sentinel is affiliated with The Hartford Financial Services Corporation, Inc. ("The Hartford")

## COUNT I
(Breach of Express Contract)

4.

Sentinel issued a Business Owner's Insurance Policy (known as "Spectrum") to Lioness, No. 52 SBA IL 0044, covering business and personal property. The policy was issued for valuable consideration in the form of policy premiums that were paid by Lioness.

////

Page 2 – COMPLAINT

5.

Pursuant to the policy, Sentinel insured Lioness' property and agreed to pay for certain losses, including but not limited to damage to real and personal property, loss of business, and loss of business income.

6.

In September, October, and November 2016, while the policy was in force, a series of break-ins and thefts at a number of Lioness salons caused damage to real property and fixtures, personal property, and loss of business income to Lioness.

7.

The losses suffered by Lioness fall within the coverage of Sentinel's policies. Pursuant to the terms of the policy Lioness sought payment from Sentinel for its damages.

8.

Lioness reported the losses, performed all conditions precedent and fully cooperated with Sentinel.

9.

Sentinel has failed and refused to pay Lioness' losses.

10.

Sentinel's failure and refusal to pay Lioness' losses constitutes a breach of the insurance contracts.

11.

As a result of Sentinel's breach of contract, Lioness has been damaged in the amount of $467,300, for losses to real property and fixtures and personal and business property as follows:

Page 3 – COMPLAINT

| | | |
|---|---|---|
| | West Hills | $48,400 |
| | Hollywood | $62,900 |
| | Clackamas | $47,500 |
| | Bridgeport | $94,200 |
| | Wilsonville | $6,100 |
| | Peterkort | $74,500 |
| | Kruse Meadows | $30,100 |
| | Happy Valley | $33,000 |
| | West Linn | $39,100 |
| | Tanasbourne | $31,500 |

12.

In addition, as result of Sentinel's breach of contract, Lioness suffered lost income in the amount of $500,000 and a loss in the value of the business in the amount of $800,000.

13.

Lioness is entitled to attorney fees pursuant to ORS 742.061.

COUNT II
(Breach of Implied Covenant)

14.

Lioness re-alleges the allegations in paragraphs 1-13 and incorporates them by reference.

15.

Sentinel caused damage to Lioness by failing and refusing to make payment and delaying payment for losses in violation of the policy of insurance.

16.

Page 4 – COMPLAINT

Sentinel violated the implied covenant of good faith and fair dealing:

(a) In late September and October and November, 2016, a series of break-ins at Lioness salons caused extensive damage to Lioness' business and personal property.

(b) Lioness promptly reported the losses and provided proof of loss. Sentinel opened claims under the following claims numbers with respect to these salons:

| | |
|---|---|
| CP00l 7032649 | West Hills |
| CP00l 7032891 | Hollywood |
| CP00l 7032793 | Clackamas |
| CP00l 7032716 | Bridgeport |
| CP00l 7032932 | Wilsonville |
| CP00l 7032575 | Peterkort |
| CP00l 7032854 | Kruse Meadows |
| CO00l 7040794 | Happy Valley |
| CP00l 7032744 | West Linn |
| CP00l 7032692 | Tanasbourne |

(c) Sentinel failed to promptly investigate the claims;

(d) Sentinel refused to pay Lioness' claims without conducting a reasonable investigation based on all available information;

(e) Sentinel failed to affirm or deny coverage of claims within a reasonable time after completed proof of loss statements had been submitted;

Page 5 – COMPLAINT

(f) Sentinel did not attempt, in good faith, to promptly and equitably settle claims even though liability has become reasonably clear.

17.

It was foreseeable to Sentinel that if Sentinel breached its obligations under the insurance policies that Lioness would suffer damages.

18.

As a result of Sentinel's breach of contract, Lioness has suffered damages as set forth in paragraph 12 and 13.

WHEREFORE, Lioness prays:

1. For damages in the amount of $1.767 million.
2. For prejudgment interest.
3. For costs and reasonable attorney fees in an amount to be determined by the Court;
4. For such other and further relief as the court deems appropriate.

Dated: July 21, 2017

/s/ Mark E. Griffin
Mark E. Griffin, OSB 76152
William D. Brandt, OSB 720366
Of Attorneys for Plaintiff

Page 6 – COMPLAINT