Francis J. Maloney III, OSB #953441
E-mail: fjm@mlrlegalteam.com
Scott A. MacLaren, OSB #123799
E-mail: sam@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR  97214
Telephone: (503) 245-1518
Facsimile: (503) 245-1417

Attorneys for Defendant
Sentinel Insurance Company, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LIONESS HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., a Connecticut Insurance Company, <br><br> Defendant. | Civil No. 3:17-cv-01238-JE <br><br> DEFENDANT'S *REVISED* PROPOSED VERDICT FORM |

**DEFENDANT'S REVISED PROPOSED VERDICT FORM**

We, the jury, being duly empaneled and sworn to try this case, answer the questions submitted by the Court as follows:

QUESTION NO. 1:     Did Plaintiff Lioness Holdings, LLC prove by a preponderance of the evidence that Defendant Sentinel Insurance Company breached the contract of insurance by failing to pay for any covered loss?

1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

DEFENDANT'S *REVISED* PROPOSED VERDICT FORM
Page 1

Yes _____   No _____

*(INSTRUCTION: If you answered "No" to Question 1, your verdict is for Defendant Sentinel. Please have your Presiding Juror sign and date this Special Verdict Form and advise the bailiff. If you answered "Yes" to Question 1, answer Questions 2 through 5.)*

QUESTION NO. 2:   Did Defendant Sentinel prove by a preponderance of the evidence that the property subject to the loss was entrusted to Ryan Reeves by Lioness at the time of thefts and vandalism?

Yes _____   No _____

QUESTION NO. 3:   Did Defendant Sentinel prove by a preponderance of the evidence that Plaintiff Lioness failed to cooperate with Defendant's investigation of Plaintiff's claim?

Yes _____   No _____

QUESTION NO. 4:   Did Defendant Sentinel prove by a preponderance of the evidence that Plaintiff Lioness made material misrepresentations or concealments regarding Plaintiff's claim and that Defendant relied on these material misrepresentations or concealments?

Yes _____   No _____

QUESTION NO. 5:   Did Defendant Sentinel prove by a preponderance of the evidence that Plaintiff Lioness unreasonably failed to comply with all relevant and material terms of the insurance contract, prior to filing the lawsuit?

Yes _____   No _____

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

DEFENDANT'S *REVISED* PROPOSED VERDICT FORM
Page 2

*(INSTRUCTION: If you answered "Yes" to Question 2, 3, 4 OR 5, your verdict is for Defendant Sentinel.  Please have your Presiding Juror sign and date this Special Verdict Form and advise the bailiff.  If you answered "no" to each of Questions 2 through 5, your verdict is for Plaintiff Lioness.  Please answer Question 6.)*

QUESTION 6:   What damages, if any, did Plaintiff Lioness prove by a preponderance of the evidence were caused by the Breach of Contract?  (Do not consider any deductibles you might see mentioned in the policy.)

| | |
|---|---|
| West Hills | $_____ |
| Hollywood | $_____ |
| Clackamas | $_____ |
| Bridgeport | $_____ |
| Wilsonville | $_____ |
| Peterkort | $_____ |
| Kruse Meadows | $_____ |
| Happy Valley | $_____ |
| West Linn | $_____ |
| Tanasbourne | $_____ |
| | |
| TOTAL: | $_____ |

DATED this _____ day of July, 2018

_____
Presiding Juror

Print Name: _____

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

DEFENDANT'S *REVISED* PROPOSED VERDICT FORM
Page 3

DATED this 16th day of July, 2018

        MALONEY LAUERSDORF REINER, PC

        By /s/ Francis J. Maloney
           Francis J. Maloney, OSB #953441
           Scott A. MacLaren, OSB #123799
           Telephone: 503.245.1518
           Attorney for Defendant Sentinel Insurance
           Company, Ltd.

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

DEFENDANT'S *REVISED* PROPOSED VERDICT FORM
Page 4